| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-24293 / KCF**

Shamsun N Helaly

Petition Filed Date: 07/17/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2018 | $200.00 | 51296520 | 09/04/2018 | $200.00 | 52047140 | 10/02/2018 | $200.00 | 52827740 |
| 11/02/2018 | $200.00 | 53624860 | 12/03/2018 | $200.00 | 54403040 | | | |

**Total Receipts for the Period:  $1,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Shamsun N Helaly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $932.00 | $2,068.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,263.43 | $0.00 | $3,263.43 |
| 2 | TOYOTA LEASE TRUST<br>»» 2017 TOYOTA RAV4/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $419.25 | $0.00 | $419.25 |
| 4 | CAVALRY SPV I, LLC<br>»» CITIBANK | Unsecured Creditors | $3,977.03 | $0.00 | $3,977.03 |
| 5 | THE BANK OF NEW YORK MELLON<br>»» P/86 WILD AZALEA LN/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $272,587.97 | $0.00 | $272,587.97 |
| 6 | PNC Bank, N.A. | Unsecured Creditors | $320.50 | $0.00 | $320.50 |
| 7 | PNC Bank, N.A. | Unsecured Creditors | $1,715.71 | $0.00 | $1,715.71 |
| 8 | ADVANTA BANK CORP | Unsecured Creditors | $2,694.19 | $0.00 | $2,694.19 |
| 9 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $156.20 | $0.00 | $156.20 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $932.00 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $82.00 | Arrearages: | $0.00 |
| Funds on Hand: | $186.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**