UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Shamsun N. Helaly &
Mian Helaly

                        Debtors.

**Order Filed on March 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-24293
Hearing Date: February 22, 2019
Judge: KCF

## ORDER TO REDUCE MONTHLY PAYMENTS

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: March 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  18-24293 KCF |
| | : | Chapter 13 |
| Shamsun N. Helaly & | | |
| Mian Helaly | : | |
| | : | |
| | : | **ORDER TO REDUCE MONTHLY** |
| Debtor. | : | **PAYMENTS** |
| | : | |
| | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of  the

Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtors, upon application for an

Order to Reduce Monthly Payments to the Bank of new York Mellon and the Court

having considered all supporting and opposing papers, if any, and good cause appearing

for the entry of this Order;

It is on the    4th    day of    March    , 2019;

**ORDERED** that the monthly payments to the Bank of New York Mellon shall be

reduced to $5,419.00; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within

___7___ days of the date hereof.