UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Shamsun N. Helaly &
Mian Helaly

                    Debtors.

**Order Filed on March 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-24293
Hearing Date: February 22, 2019
Judge: KCF

## ORDER TO REDUCE MONTHLY PAYMENTS

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED.**

**DATED: March 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In the Matter of | : | Case:  18-24293 KCF |
| | : | Chapter 13 |
| Shamsun N. Helaly & | | |
| Mian Helaly | : | |
| | : | |
| | : | **ORDER TO REDUCE MONTHLY** |
| Debtor. | : | **PAYMENTS** |
| | : | |
| _____ | : | |

     This matter having been opened to the Court by Robert C. Nisenson, Esq., of the

Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtors, upon application for an

Order to Reduce Monthly Payments to the Bank of new York Mellon and the Court

having considered all supporting and opposing papers, if any, and good cause appearing

for the entry of this Order;

     It is on the   4th   day of  March   , 2019;

     **ORDERED** that the monthly payments to the Bank of New York Mellon shall be

reduced to $5,419.00; and it is further

     **ORDERED** that a copy of this Order shall be served upon all parties within

____7____ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-24293-KCF
Shamsun N Helaly                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1              Date Rcvd: Mar 04, 2019
                             Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db             +Shamsun N Helaly,    86 Wild Azalea Lane,    Skillman, NJ 08558-2422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as Trustee (CWALT2004-14T2) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank
           of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWalt, INC.,
           Alternative Loan Trust 2004-14T2, Mortgage Pass-T dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York, as Trustee (CWALT2004-14T2) kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Shamsun N Helaly rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 6