Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24293−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shamsun N Helaly
86 Wild Azalea Lane
Skillman, NJ 08558

Social Security No.:
xxx−xx−1646

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 27, 2018.

On 5/15/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:        June 26, 2019
Time:         10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 16, 2019
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Shamsun N Helaly  
    Debtor

Case No. 18-24293-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: May 16, 2019  
    Form ID: 185    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.
```
db              +Shamsun N Helaly,    86 Wild Azalea Lane,    Skillman, NJ 08558-2422
517649544       +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
517649545       +Calvary SPV I, LLC,    C/O Schachter Portnoy, LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
517768585       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
517649547      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
517725839       +The Bank of New York Mellon,    Aldridge Pite LLP,    4375 Jutland Dr Ste 200,    POB 17933,
                  San Diego, CA 92177-7921
517705350       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 00:00:40      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 00:00:36      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517771242        E-mail/Text: bkr@cardworks.com May 16 2019 23:59:20      Advanta Bank Corporation,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517699308        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 00:04:54
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517733519       +E-mail/Text: bankruptcy@cavps.com May 17 2019 00:00:59      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517649546       +E-mail/Text: bankruptcy.bnc@ditech.com May 17 2019 00:00:12      Ditech,   Attn: Bankruptcy,
                  PO Box 6172,    Rapid City, SD 57709-6172
517651646       +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:04:49      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517767773       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2019 00:01:05
                  THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
517772881       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 00:04:24      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee (CWALT2004-14T2) cwohlrab@logs.com,    njbankrupcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank
               of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWalt, INC.,
               Alternative Loan Trust 2004-14T2, Mortgage Pass-T dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: May 16, 2019
                              Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee (CWALT2004-14T2) kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Robert C. Nisenson    on behalf of Debtor Shamsun N Helaly rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                  TOTAL: 7