Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24293−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Shamsun N Helaly
  86 Wild Azalea Lane
  Skillman, NJ 08558

Social Security No.:
  xxx−xx−1646

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/12/19 at 09:00 AM

to consider and act upon the following:

*42* − Creditor's Certification of Default (related document:25 Motion for Relief from Co−Debtor Stay of Mian Helaly filed by Creditor Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWalt, INC., Alternative Loan Trust 2004−14T2, Mortgage Pass−T, Motion for Relief from Stay re: re: 86 Wild Azalea Lane, Montgomery, NJ, 08558. Fee Amount $ 181., 30 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWalt, INC., Alternative Loan Trust 2004−14T2, Mortgage Pass−T. Objection deadline is 06/3/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 5/29/19

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court