UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New

In Re:

Shamsun N. Helaly

Case No.:      18-24293 KCF

Chapter:      13

Hearing Date:      6/12/19

Judge:      Katherine C. Ferguson

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Creditor's Certification of Default filed on May 20, 2019; docket number 42

_____

Date:   6/5/19                    /s/ Denise Carlon
                                   Signature

*rev.8/1/15*