| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-24293 / MBK**

Shamsun N Helaly

Petition Filed Date: 07/17/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | $200.00 | 55134990 | 02/05/2019 | $200.00 | 55974870 | 03/06/2019 | $200.00 | 56740110 |
| 04/02/2019 | $200.00 | 57531180 | 05/06/2019 | $200.00 | 58365860 | 06/03/2019 | $200.00 | 59104690 |
| 07/02/2019 | $200.00 | 59882720 | 08/05/2019 | $319.00 | 60698440 | 09/04/2019 | $319.00 | 61523300 |
| 09/10/2019 | ($319.00) | 61523300 | 09/20/2019 | $319.00 | 61898640 | 10/02/2019 | $319.00 | 62246730 |
| 10/07/2019 | ($319.00) | 62246730 | 10/08/2019 | $319.00 | 62407830 | 11/04/2019 | $319.00 | 63053410 |
| 12/03/2019 | $319.00 | 63784990 | | | | | | |

**Total Receipts for the Period:  $2,995.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $4,633.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Shamsun N Helaly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,263.43 | $58.45 | $3,204.98 |
| 2 | TOYOTA LEASE TRUST<br>»»  2017 TOYOTA RAV4/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $419.25 | $0.00 | $419.25 |
| 4 | CAVALRY SPV I, LLC<br>»»  CITIBANK/DC-001544-17 | Unsecured Creditors | $3,977.03 | $71.24 | $3,905.79 |
| 5 | THE BANK OF NEW YORK MELLON<br>»»  P/86 WILD AZALEA LN/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $0.00 | $0.00 | $0.00 |
| 6 | PNC Bank, N.A. | Unsecured Creditors | $320.50 | $0.00 | $320.50 |
| 7 | PNC Bank, N.A. | Unsecured Creditors | $1,715.71 | $30.73 | $1,684.98 |
| 8 | ADVANTA BANK CORP | Unsecured Creditors | $2,694.19 | $48.26 | $2,645.93 |
| 9 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $156.20 | $0.00 | $156.20 |
| 10 | Bank of New York Mellon<br>»»  P/86 WILD AZALEA LN/1ST MTG/ORDER 1/24/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-24293 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,633.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $3,739.68 | Current Monthly Payment: | $319.00 |
| Paid to Trustee: | $285.21 | Arrearages: | $119.00 |
| Funds on Hand: | $608.11 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**