| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-24293 / MBK**

Shamsun N Helaly

Petition Filed Date: 07/17/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $319.00 | 64581040 | 02/04/2020 | $319.00 | 65366770 | 03/04/2020 | $319.00 | 66160740 |
| 04/06/2020 | $319.00 | 66929910 | 05/05/2020 | $319.00 | 67690540 | 06/08/2020 | $319.00 | 68516130 |
| 07/08/2020 | $319.00 | 69258850 | 08/06/2020 | $319.00 | 69970380 | 11/04/2020 | $319.00 | 72128690 |
| 12/04/2020 | $319.00 | 72859030 | 01/06/2021 | $319.00 | 73622810 | 02/09/2021 | $319.00 | 74438440 |

**Total Receipts for the Period:  $3,828.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,823.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Shamsun N Helaly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,263.43 | $705.89 | $2,557.54 |
| 2 | TOYOTA LEASE TRUST<br>»»  2017 TOYOTA RAV4/LEASE/DEFICIENCY BALANCE | Unsecured Creditors | $2,004.51 | $433.58 | $1,570.93 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $419.25 | $90.68 | $328.57 |
| 4 | CAVALRY SPV I, LLC<br>»»  CITIBANK/DC-001544-17 | Unsecured Creditors | $3,977.03 | $860.25 | $3,116.78 |
| 5 | THE BANK OF NEW YORK MELLON<br>»»  P/86 WILD AZALEA LN/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $0.00 | $0.00 | $0.00 |
| 6 | PNC Bank, N.A. | Unsecured Creditors | $320.50 | $56.13 | $264.37 |
| 7 | PNC Bank, N.A. | Unsecured Creditors | $1,715.71 | $371.11 | $1,344.60 |
| 8 | ADVANTA BANK CORP | Unsecured Creditors | $2,694.19 | $582.77 | $2,111.42 |
| 9 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $156.20 | $33.79 | $122.41 |
| 10 | Bank of New York Mellon<br>»»  P/86 WILD AZALEA LN/1ST MTG/ORDER 1/24/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-24293 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,823.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $6,665.20 | Current Monthly Payment: | $319.00 |
| Paid to Trustee: | $545.52 | Arrearages: | $757.00 |
| Funds on Hand: | $612.28 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**