| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-24293 / MBK**

Shamsun N Helaly

Petition Filed Date: 07/17/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2021 | $319.00 | 73622810 | 02/09/2021 | $319.00 | 74438440 | 03/02/2021 | $319.00 | 74958970 |
| 04/05/2021 | $319.00 | 75775440 | 05/10/2021 | $319.00 | 76601010 | 06/21/2021 | $319.00 | 77539970 |
| 07/12/2021 | $319.00 | 78013160 | 08/05/2021 | $319.00 | 78623540 | 09/02/2021 | $319.00 | 79231950 |
| 09/08/2021 | ($319.00) | 79231950 | 09/14/2021 | $319.00 | 79471250 | 10/13/2021 | $319.00 | 80066370 |
| 11/30/2021 | $319.00 | 81131600 | 12/28/2021 | $319.00 | 81641850 | 01/10/2022 | $319.00 | 82006050 |

**Total Receipts for the Period: $4,147.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,332.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Shamsun N Helaly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,263.43 | $1,501.54 | $1,761.89 |
| 2 | TOYOTA LEASE TRUST<br>»»  2017 TOYOTA RAV4/LEASE/DEFICIENCY BALANCE | Unsecured Creditors | $2,004.51 | $922.29 | $1,082.22 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $419.25 | $184.48 | $234.77 |
| 4 | CAVALRY SPV I, LLC<br>»»  CITIBANK/DC-001544-17 | Unsecured Creditors | $3,977.03 | $1,829.87 | $2,147.16 |
| 5 | THE BANK OF NEW YORK MELLON<br>»»  P/86 WILD AZALEA LN/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $0.00 | $0.00 | $0.00 |
| 6 | PNC Bank, N.A. | Unsecured Creditors | $320.50 | $134.59 | $185.91 |
| 7 | PNC Bank, N.A. | Unsecured Creditors | $1,715.71 | $789.42 | $926.29 |
| 8 | ADVANTA BANK CORP | Unsecured Creditors | $2,694.19 | $1,239.63 | $1,454.56 |
| 9 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $156.20 | $65.61 | $90.59 |
| 10 | Bank of New York Mellon<br>»»  P/86 WILD AZALEA LN/1ST MTG/ORDER 1/24/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-24293 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,332.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,198.43 | Current Monthly Payment: | $319.00 |
| Paid to Trustee: | $813.81 | Arrearages: | $1,076.00 |
| Funds on Hand: | $319.76 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

