Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−24293−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shamsun N Helaly
   86 Wild Azalea Lane
   Skillman, NJ 08558

Social Security No.:
   xxx−xx−1646

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/8/23 at 09:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:30 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of New Rez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 02/14/2023. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 2/15/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court