| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023

**Chapter 13 Case No. 18-24293 / MBK**

Shamsun N Helaly

Petition Filed Date: 07/17/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2022 | $319.00 | 82006050 | 02/23/2022 | $319.00 | 82935330 | 03/29/2022 | $319.00 | 83678550 |
| 05/02/2022 | $319.00 | 84384800 | 05/31/2022 | $319.00 | 84964210 | 06/29/2022 | $319.00 | 85562260 |
| 08/02/2022 | $319.00 | 86186700 | 08/30/2022 | $319.00 | 86767540 | 09/29/2022 | $319.00 | 87326930 |
| 11/01/2022 | $319.00 | 88012660 | 11/04/2022 | $319.00 | 88097890 | 12/05/2022 | $640.00 | 88639730 |
| 01/04/2023 | $640.00 | 89203110 | 02/08/2023 | $640.00 | 89877370 | 03/02/2023 | $640.00 | 90323350 |

**Total Receipts for the Period:  $6,069.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,082.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Shamsun N Helaly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,263.43 | $2,490.54 | $772.89 |
| 2 | TOYOTA LEASE TRUST<br>»»  2017 TOYOTA RAV4/DEFICIENCY BALANCE | Unsecured Creditors | $2,004.51 | $1,529.78 | $474.73 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $419.25 | $319.96 | $99.29 |
| 4 | CAVALRY SPV I, LLC<br>»»  CITIBANK/DC-001544-17 | Unsecured Creditors | $3,977.03 | $3,035.13 | $941.90 |
| 5 | BANK OF NEW YORK MELLON<br>»»  P/86 WILD AZALEA LN/1ST MTG | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 6 | PNC Bank, N.A. | Unsecured Creditors | $320.50 | $231.51 | $88.99 |
| 7 | PNC Bank, N.A. | Unsecured Creditors | $1,715.71 | $1,309.37 | $406.34 |
| 8 | ADVANTA BANK CORP | Unsecured Creditors | $2,694.19 | $2,056.11 | $638.08 |
| 9 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $156.20 | $112.83 | $43.37 |
| 10 | BANK OF NEW YORK MELLON<br>»»  P/86 WILD AZALEA LN/1ST MTG/ORDER 1/24/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-24293 / MBK**

|  | **SUMMARY** |  |  |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $17,082.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $14,616.23 | Current Monthly Payment: | $640.00 |
| Paid to Trustee: | $1,258.47 | Arrearages: | $0.00 |
| Funds on Hand: | $1,207.30 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

