Order Filed on April 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with
D.N.J.LBR 9004-1

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for New Rez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-14T2, Mortgage Pass-Through Certificates, Series 2004-14T2*

In re:

Shamsun N. Helaly

Debtor.

Chapter 13

Case No. 18-24293-MBK

Judge Michael B. Kaplan

## CONSENT ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 28, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Shamsun N. Helaly
Case No.: 18-24293-MBK
Caption of Order: **CONSENT ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Certification of Default ("Motion") filed by New Rez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-14T2, Mortgage Pass-Through Certificates, Series 2004-14T2 ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) and co-debtor stay under 11 U.S.C. §1301 are terminated as to Movant's interest in the following property: **86 Wild Azalea Lane, Montgomery Twp, NJ 08512** ("property") Creditor is permitted to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue its rights.

2. Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

3. Nothing herein is intended to prohibit the parties from seeking retention or non-retention options, including the sale of the property, outside of the instant bankruptcy case.

**STIPULATED AND AGREED**:

| | |
|---|---|
| /s/ Robert C. Nisenson | /s/Gavin N. Stewart, Esq. |
| Robert C. Nisenson, Esq. | Gavin N. Stewart, Esq. |
| Robert C. Nisenson, LLC | Stewart Legal Group, P.L. |
| 10 Auer Court, Suite E | 401 East Jackson Street, Suite 2340 |
| East Brunswick, NJ 08816 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-24293-MBK
Shamsun N Helaly  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: May 01, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

**Recip ID**   **Recipient Name and Address**
db             + Shamsun N Helaly, 86 Wild Azalea Lane, Skillman, NJ 08558-2422

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2023                Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:

**Name**              **Email Address**
Albert Russo
                      on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                      docs@russotrustee.com

Denise E. Carlon
                      on behalf of Creditor Bayview Loan Servicing  LLC as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWalt, INC., Alternative Loan Trust 2004-14T2, Mortgage Pass-T dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                      on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                      on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee (CWALT2004-14T2) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 01, 2023 | Form ID: pdf903 | Total Noticed: 1

Gavin Stewart
    on behalf of Creditor New Rez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com

Kevin Gordon McDonald
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee (CWALT2004-14T2)
    kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert C. Nisenson
    on behalf of Debtor Shamsun N Helaly r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9