| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Shamsun N Helaly**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1646<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–24293–MBK | | |

# Order of Discharge                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Shamsun N Helaly

<u>9/15/23</u>                                **By the court:** <u>Michael B. Kaplan</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Shamsun N Helaly  
  Debtor

Case No. 18-24293-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shamsun N Helaly, 86 Wild Azalea Lane, Skillman, NJ 08558-2422 |
| cr | + | New Rez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 340514, Tampa, FL 33694-0514 |
| 517649545 | | Calvary SPV I, LLC, C/O Schachter Portnoy, LLC, 3490 US Route 1, Princeton, NJ 08540 |
| 517649546 | | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517771242 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 15 2023 20:45:17 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517649544 | + | Email/Text: Bankruptcy@BAMcollections.com | Sep 15 2023 20:37:00 | Bureau of Account Management, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 517699308 | | EDI: CAPITALONE.COM | Sep 16 2023 00:27:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517733519 | + | Email/Text: bankruptcy@cavps.com | Sep 15 2023 20:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517768585 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2023 20:36:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517651646 | + | EDI: RMSC.COM | Sep 16 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519539835 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 15 2023 20:37:00 | THE BANK OF NEW YORK MELLON, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, THE BANK OF NEW YORK MELLON, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519539834 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 15 2023 20:37:00 | THE BANK OF NEW YORK MELLON, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517767773 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2023 20:37:00 | THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 517649547 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 15 2023 20:37:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |

| | | | | |
|---|---|---|---|---|
| 517725839 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 15 2023 20:37:00 | The Bank of New York Mellon, Aldridge Pite LLP, 4375 Jutland Dr Ste 200, POB 17933, San Diego, CA 92177-7921 |
| 517705350 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 15 2023 20:37:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518785919 |   | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 20:45:24 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517772881 | + | EDI: AIS.COM | Sep 16 2023 00:27:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWalt, INC., Alternative Loan Trust 2004-14T2, Mortgage Pass-T dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee (CWALT2004-14T2) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor New Rez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee (CWALT2004-14T2) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Shamsun N Helaly r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 15, 2023 | Form ID: 3180W | Total Noticed: 20

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9